UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.: 3:24-mj-1272 |
| | ) | |
| | ) | JUDGE FRENSLEY |
| MILES OWENS V | ) | |

**MOTION TO UNSEAL COMPLAINT**

COMES NOW the United States of America, by and through the undersigned Acting United States Attorney, Robert E. McGuire, and moves the court to unseal the Criminal Complaint, attendant Arrest Warrant, and other materials related to the Complaint. The United States would submit that the original reasons for the previously filed Motion to Seal, and the Court's order granting that Motion, no longer exist.

A proposed order to unseal the above described documents accompanies this motion.

Respectfully submitted,

*s/ Robert McGuire*
ROBERT McGUIRE
Acting United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Telephone: 615-736-5151